# UNITED STATES DISTRICT COURT

### FOR THE

# SOUTHERN DISTRICT OF IOWA

## Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Dennis Darryl Propp                **Case Number:** 4:05-cr-00088-001

**Name of Sentencing Judicial Officer:** Ronald E. Longstaff, Senior U.S. District Judge (retired)
Rebecca Goodgame Ebinger, U.S. District Judge (current)

**Date of Original Sentence:** June 9, 2006

**Original Offense:** 21 U.S.C. §§ 846 & 841(b)(1)(A)-Conspiracy to Distribute Methamphetamine

**Original Sentence:** 180 months imprisonment; 60 months supervised release

**Date Original Supervision Commenced:** December 28, 2017

**Date Current Supervision Commenced:** May 25, 2018

**Prior Modification(s)/Revocation(s):** None

---

### PETITIONING THE COURT

☒    To issue a warrant.

☐    To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. New Law Violation – Driving While Intoxicated | On January 15, 2021, the Missouri Highway Patrol arrested Mr. Propp for Driving While Intoxicated. Mr. Propp submitted a breath test, which registered a blood alcohol content of .280%. He is currently held at the Holt County Jail, in Oregon, Missouri.<br><br>Mr. Propp is employed as a truck driver and he was located with a 2016 Freightliner semi-truck at the time of his arrest. |

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒    revoked.

    ☐    extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___January 15, 2021_____

by: _____

Anthony P. Carico
U.S. Probation Officer

---

The United States Attorney's Office:

    ☐    Does not object to the proposed action.

    ☐    Objects but does not request a formal hearing
be set.

                                         _____
                                          Assistant United States Attorney

    ☐    Objects and will petition the Court requesting
that a formal hearing be set.

                                         _____
                                                   Signature

---

THE COURT ORDERS:

    ☐    No action.

    ☐    The issuance of a warrant.

    ☐    The issuance of a summons so a hearing can be

                                         _____
                                               Signature of Judicial Officer

    held on _____

                                         _____

    at _____.
                                                   Date